

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 3:16cr52 |
| | * | |
| VERSUS | * | JUDGE TSL |
| | * | |
| IVON JOHNSON | * | MAGISTRATE JUDGE LRA |

## BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

A.   CONSPIRACY:

Beginning shortly after June, 2013 and continuing until on or about February of 2016, the exact dates being unknown, in the Southern District of Mississippi, the defendant, IVON JOHNSON, an agent of Hinds County, Mississippi, and others, did combine, conspire, confederate, and agree together to commit an offense or offenses against the United States, to wit: Title 18, United States Code, Section 666(a)(1)(B), that is, did corruptly solicit, demand, accept and agree to accept a thing of value from a person, intending to be influenced and rewarded in connection with a transaction and series of transactions of Hinds County District Attorney's Office involving $5,000 or more.

B.   AT ALL TIMES RELEVANT HEREIN:

Hinds County, Mississippi, a political subdivision of the State of Mississippi, was a local government that received federal assistance in excess of $10,000 during each one-year period beginning October 1, 2013, and ending September 30, 2015.

C.   OBJECT OF THE CONSPIRACY

The primary object of the conspiracy was to obtain money in exchange for favorable treatment in court proceedings in Hinds County, Mississippi.

D.   OVERT ACTS:

In furtherance of the conspiracy and to effect the object thereof, IVON JOHNSON, and others, committed or caused to be committed the following overt acts, among others, in the Southern District of Mississippi and elsewhere:

1.   IVON JOHNSON accepted money from a co-conspirator, totaling at least $15,000 throughout the conspiracy, on behalf of criminal defendants, including S.B., an individual charged with a felony offense in Hinds County, Mississippi.

2.   On or about October 20, 2014, IVON JOHNSON, as an agent of the Hinds County District's Attorney Office, moved to reduce the bond amount of S.B. from approximately $15,000 to approximately $3,500 in exchange for approximately $500.

All in violation of Title 18, United States Code, Section 371.   [18 U.S.C. § 371].

LORETTA E. LYNCH
ATTORNEY GENERAL

STEPHANIE A. FINLEY
UNITED STATES ATTORNEY

By:   Allison D. Bushnell (La. Bar No. 27443)
Assistant United States Attorney
300 Fannin St., Ste. 3201
Shreveport, LA  71101-3068
318/676-3600