
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 15 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

JACKSON DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 3:16-00052 |
|---|---|---|
| VERSUS | * | JUDGE LEE |
| IVON JOHNSON | * | MAGISTRATE JUDGE ANDERSON |

**UNDER SEAL**

Motion to Continue Sentencing

NOW INTO COURT, comes the United States who moves as follows:

1.

Sentencing in this matter is currently set for October 13, 2016.

2.

The defendant Ivon Johnson is cooperating in an ongoing matter. His cooperation is not expected to be completed by the sentencing date currently set.

3.

The parties agree that the defendant's cooperation should be considered at the time of his sentencing.

4.

The defendant is not in custody and will remain on bond during any period of continuance.

5.

The pro se defendant has been consulted and has no objection to this continuance.

6.

The parties request this motion and the reason for continuance be kept under seal due to the ongoing investigation.

Wherefore, the government respectfully requests that the Court continue the October 13th sentencing date for a period of approximately 90 days.

Respectfully submitted,

LORETTA E. LYNCH
ATTORNEY GENERAL

STEPHANIE A. FINLEY
UNITED STATES ATTORNEY

BY: Allison D. Bushnell
(La. Bar No. 27443)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600
(318) 676-3663 (fax)
Allison.Bushnell@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2016, a copy of the foregoing was mailed to the U.S. Clerk of Court, Southern District of Mississippi to be filed under seal. A copy has also been mailed to pro se defendant Ivon Johnson. One filed, Ivon Johnson, pro se defendant, will be notified by electronic and regular mail.

/s/ Allison D. Bushnell
Allison D. Bushnell
(La. Bar No. 27443)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600
(318) 676-3663 (fax)
Allison.Bushnell@usdoj.gov