UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

~~JACKSON~~ Northern DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 3:16-00052 |
| VERSUS | * | JUDGE LEE |
| IVON JOHNSON | * | MAGISTRATE JUDGE ANDERSON |

ORDER

The defendant, IVON JOHNSON, is currently set to be sentenced on September 7, 2017.

IT IS ORDERED that the Government's Motion to File Under Seal regarding the Motion for Sentencing Pursuant to Section 5K1.1 of the U.S. Sentencing Guidelines shall be **GRANTED**.

THUS DONE AND SIGNED at Jackson, Mississippi, this 30th day of August, 2017.

_____
TOM S. LEE
UNITED STATES DISTRICT JUDGE